AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Francisco Magallan

_____

*Plaintiff*

v.

Mayor Micah Cawley, Police Chief Dominic Rizzi, R.
Urlacher, C. Gocha, T. Adams, S. Upton and John/Jane
Doe,

_____

*Defendant*

)
)
)
)
)
)

Civil Action No.  4:14-cv-05109-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

❏ other:

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Stanley A. Bastian _____ on a motion for

Summary Judgment by All Defendants.

Date:  01/11/2016

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Shelly Koegler
_____
*(By) Deputy Clerk*

Shelly Koegler